UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Willie Wallace, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 14-cv-14767 GAO |
| Cousins et al | * |
| Defendant. | * |

ORDER OF DISMISSAL

February 10, 2017

O'Toole, D.J.

Pursuant to the court's Order issued on 02/08/2017 [#52] GRANTING Motion to Dismiss for Failure to State a Claim , this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge